```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DD IP HOLDER LLC,

                Plaintiff,

-v-

1169 KNOLLWOOD ROAD #2 LLC, *et al.*,

                Defendants.

No. 09 Civ. 7141 (SCR)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On August 17, 2009, the Court held a hearing in connection with Plaintiff's motion for a temporary restraining order in the above-captioned matter. As stated on the record, the parties stipulated to an injunction to be entered by the Court as follows:

> Defendants shall remove from their premises any signage bearing the Dunkin' Donuts name or mark no later than August 17, 2009.
>
> Defendants shall refrain from selling bags of Dunkin' Donuts coffee beans or ground coffee.
>
> Defendants shall refrain from storing or otherwise displaying bags of Dunkin' Donuts coffee in view of the general public.
>
> This stipulation is without prejudice to the parties' rights going forward in this action.

SO ORDERED.

Dated:     August 17, 2009
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE, PART I